# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT JACKSON
### April 14, 2015 Session

## STATE OF TENNESSEE v. JEREMY SIMS and SHERRY BROOKSHIRE

**Appeal from the Criminal Court for Shelby County**
**No. 1106350     James C. Beasley, Jr., Judge**

_____

**No. W2013-01253-CCA-R3-CD   -   Filed September 25, 2015**

_____

THOMAS T. WOODALL, P.J., concurring in results only.

I respectfully concur in results only. I do so because the majority opinion, in the section discussing Defendant Sims' severance issue, fails to address the admissibility of Defendant Sims' unredacted statement pursuant to the "rule of completeness." Tenn. R. Evid. 106. As noted in the majority opinion, the trial court considered the rule of completeness in its decision to admit the evidence. The majority opinion, in my view, implies that Defendant Sims' unredacted statement was inadmissible under any circumstances in this particular case.

_____

THOMAS T. WOODALL, PRESIDING JUDGE

˘1˘